December 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Alfred A. Gardner* for appellant.

*Henry A. Monfort* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

DAVID SANDMAN, Respondent, *v.* HORACE SEAMAN et al., Appellants.

*Sandman* v. *Seaman,* 84 Hun, 337, affirmed.
(Argued May 6, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered March 7, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. J. Bennett* for appellants.

*John S. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not voting.

---

DANIEL SCHOUT, JR., Appellant, *v.* THE CONKEY AVENUE SAVING, AID AND LOAN ASSOCIATION, Respondent.

*Schout* v. *Conkey Ave. Saving Assn.,* 87 Hun, 568, affirmed.
(Argued May 6, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 29, 1895, affirming a judgment in favor of defendant entered upon a dismissal of the complaint on trial at Circuit.

*Herbert J. Stull* for appellant.

*Edwin McKnight* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.